IN THE UNITED STATES BANKRUPTCY COURT 90226
MIDDLE DISTRICT OF TENNESSEE

IN RE: CHAPTER 13
DAVID THOMAS BROWN  CASE NO: 05-00040-MH3-13
4670 HARPETH-PEYTONSVILLE ROAD
THOMPSON STATION, TN  37179  06/13/2005

Debtor

SSN(1) SSN XXX-XX-5853

## TRUSTEE'S FINAL ACCOUNT AND REPORT

Henry E. Hildebrand, III, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on Jan 04, 2005 and was not confirmed. This case was subsequently CONVERTED BEFORE CONFIRMATION.

2. The amount paid to the Trustee by or on behalf of the debtor was $465.00.

3. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMT | PRIN PD | INT PD | BAL DUE |
|---|---|---|---|---|---|
| BELLSOUTH | UNSECURED CREDITOR | 0.00 | 0.00 | 0.00 | 0.00 |
| CENTRAL CHILD SUPP RECT UNIT | NOTICE ONLY | 0.00 | 0.00 | 0.00 | 0.00 |
| CHASE MANHATTAN BANK | UNSECURED CREDITOR | 0.00 | 0.00 | 0.00 | 0.00 |
| CHILD SUPPORT SVCS OF TN | NOTICE ONLY | 0.00 | 0.00 | 0.00 | 0.00 |
| CITI FINANCIAL | SECURED CREDITOR | 0.00 | 0.00 | 0.00 | 0.00 |
| DARBY EDGMON | NOTICE ONLY | 0.00 | 0.00 | 0.00 | 0.00 |
| EMERGITRUST | UNSECURED CREDITOR | 325.00 | 0.00 | 0.00 | 65.00 |
| INTERNAL REVENUE SERVICE | NOTICE ONLY | 0.00 | 0.00 | 0.00 | 0.00 |
| NORTH AMERICAN CREDIT | UNSECURED CREDITOR | 0.00 | 0.00 | 0.00 | 0.00 |
| PROFESSIONAL ADJUSTMENT SVC | UNSECURED CREDITOR | 0.00 | 0.00 | 0.00 | 0.00 |
| RETAIL SERVICES | UNSECURED CREDITOR | 0.00 | 0.00 | 0.00 | 0.00 |
| SOUTHERN GUARANTY INS CO | UNSECURED CREDITOR | 0.00 | 0.00 | 0.00 | 0.00 |
| TAMMY BENNETT | OUTSIDE | 0.00 | 0.00 | 0.00 | 0.00 |
| UNITED STATES TREASURY | PRIORITY CREDITOR | 1,239.16 | 0.00 | 0.00 | 0.00 |
| UNITED STATES TREASURY | UNSECURED CREDITOR | 8.86 | 0.00 | 0.00 | 1.77 |
| WILLIAMSON MEDICAL CENTER | UNSECURED CREDITOR | 0.00 | 0.00 | 0.00 | 0.00 |
| WILLIAMSON MEDICAL CENTER | NOTICE ONLY | 0.00 | 0.00 | 0.00 | 0.00 |

4. Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | CONTINUING | TOTAL |
|---|---|---|---|---|---|
| Claim Amount | $0.00 | $1,239.16 | $333.86 | | $1,573.02 |
| Principal Paid | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Interest Paid | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

     5.   Costs of administration:

The Clerk was paid $155.00 for filing fees of which $155.00 was paid directly by the debtor and $0.00 from the plan.
The Clerk was paid $39.00 for noticing fees of which $39.00 was paid directly by the debtor and $0.00 from the plan.
The debtor(s) attorney was allowed $250.00 of which $250.00 was paid directly by the debtor and $0.00 from the plan.
The Trustee was paid $0.00 pursuant to 11 USC 1032 .
Refunds to the debtor and/or new trustee total $465.00.

     Wherefore the trustee requests a final decree be entered which discharges the trustee and his surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.

     /s/ Henry E. Hildebrand, III
     HENRY E. HILDEBRAND, III
     CHAPTER 13 TRUSTEE
     P O BOX 190664
     NASHVILLE, TN  37219-0664
     (615)244-1101
     pleadings@ch13nsh.com

XC:  DAVID THOMAS BROWN

     WM ASHBY SMITH JR
     P O BOX 1358
     FAIRVIEW, TN  37062